UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
JOSEPHINE MEIDINGER; TABITHA TRIM/  :
DEMMINGS; LINDA VOLMER; PARNIYA     :
WHITEHEAD; SYLVIA COLEMAN; LISA     :
DIGNAN; PAMELA HELMUTH; VENITA      :
ANGELA LANE; JOYCE BLACKSHIRE;      :
KATHY TEAL-SIMPSON,                 :
                                    :
    Plaintiffs                     :   Civil Action
v.                                  :   No. 04-11141-GAO
                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME    :
PRODUCTS CORPORATION; WYETH         :
PHARMACEUTICALS, INC F/K/A WYETH-   :
AYERST PHARMACEUTICALS, INC., A     :
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER         :
INGELHEIM PHARMACEUTICALS, INC.,    :
                                    :
    Defendants                     :
------------------------------------- x

**NOTICE OF APPEARANCE**

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 21, 2004                    Respectfully submitted,
    Boston, Massachusetts

                                                  /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                               MEAGHER & FLOM LLP
Barbara Wrubel                          One Beacon Street
Katherine Armstrong                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                   (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                                Boehringer Ingelheim Pharmaceuticals, Inc.