UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPHINE MEIDINGER; TABITHA TRIM/      :
DEMMINGS; LINDA VOLMER; PARNIYA
WHITEHEAD; SYLVIA COLEMAN; LISA         :
DIGNAN; PAMELA HELMUTH; VENITA
ANGELA LANE; JOYCE BLACKSHIRE;          :
KATHY TEAL-SIMPSON,
                                        :
            Plaintiffs,                        Civil Action
                                        :      No. 04-11141-GAO
    v.
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

   Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 9, 2004          Respectfully submitted,
    Boston, Massachusetts

                  /s/Matthew J. Matule
                  Matthew J. Matule (BBO #632075)
                  SKADDEN, ARPS, SLATE,
Of Counsel:              MEAGHER & FLOM LLP
Barbara Wrubel           One Beacon Street
Katherine Armstrong         Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,      (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000           Counsel for Defendant,
                  Indevus Pharmaceuticals, Inc.